1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

10
11

| | |
|---|---|
| 12 **JULIE MARTIN,** as an individual, and on behalf of all others similarly situated, | : Case No.: 12-cv-4846-CRB |
| 13 | : |
| | : **CLASS ACTION** |
| 14 | : |
| | : **[PROPOSED] ORDER GRANTING** |
| 15 | : **STIPULATION TO EXTEND TIME FOR** |
| *Plaintiff,* | : **PLAINTIFF TO RESPOND TO** |
| 16 | : **DEFENDANT'S REQUEST FOR** |
| 17 | : **JUDICIAL NOTICE AND DEFENDANT'S** |
| | : **MOTION TO DISMISS, STAY, OR** |
| 18 | : **TRANSFER PROCEEDINGS PURSUANT** |
| *vs.* | : **TO "FIRST-TO-FILE" RULE** |
| 19 | : |
| 20 | : Hearing Date: December 7, 2012 |
| | : Hearing Time: 10:00 a.m. |
| 21 | : Courtroom: 6 |
| 22 **THE KELLOGG CO.** and **KASHI CO.** | : Judge: The Honorable Charles R. Breyer |
| | : |
| 23 *Defendants.* | : Complaint Filed: September 14, 2012 |
| | : |
| 24 | : Trial Date: TBD |

25    Upon due consideration of the STIPULATION TO EXTEND TIME FOR PLAINTIFF
26
27 TO   RESPOND   TO   DEFENDANT'S   REQUEST   FOR   JUDICIAL   NOTICE   and
28 DEFENDANT'S   MOTION   TO   DISMISS,   STAY,   OR   TRANSFER   PROCEEDINGS

PURSUANT TO "FIRST-TO-FILE" RULE ("Stipulation"), and for good cause shown, the Court hereby GRANTS the Stipulation.

IT IS HEREBY ORDERED THAT Plaintiff shall have **until November 14, 2012** to respond to Defendant's REQUEST FOR JUDICIAL NOTICE AND DEFENDANT'S MOTION TO DISMISS, STAY, OR TRANSFER PROCEEDINGS PURSUANT TO "FIRST-TO-FILE" RULE [de 10 & 10-1].

Dated: October 25 2012

The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order Granting Stipulation
Case No.: 12-cv-4846-CRB