IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE MARTIN,<br><br>        Plaintiff,<br><br>   v.<br><br>THE KELLOGG COMPANY ET AL.,<br><br>        Defendants.<br>_____/ | No. CV 12-04846 CRB<br><br>**ORDER GRANTING MOTION TO TRANSFER CASE** |

    For the reasons stated today in open court, the Court GRANTS Defendants' Motion to Transfer this case (dkt. 10) and orders the case TRANSFERRED to the Southern District of Florida forthwith.

    **IT IS SO ORDERED.**

Dated: December 7, 2012

                                                 CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE